UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POWER FORWARD COMMUNITIES, INC.,** on behalf of itself and certain of its award subrecipients, <br> 11000 Broken Land Pkwy, Columbia, Maryland 21044, <br><br> Plaintiff, <br><br> v. <br><br> **CITIBANK, N.A.,** <br> 5800 South Corporate Place <br> Sioux Falls, South Dakota 57108, <br><br> and <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** <br> 1200 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20460, <br><br> and <br><br> **LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** <br> 1200 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20460, <br><br> and <br><br> **WILLIAM CHARLES McINTOSH, in his official capacity as ACTING DEPUTY ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,** <br> 1200 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20460, <br><br> Defendants. | Civil Action No. 1:25-cv-762 |

## PFC'S MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1(a), Plaintiff Power Forward Communities, Inc. ("PFC") hereby moves this Court to issue a temporary

1

restraining order that (1) enjoins Defendant Citibank, N.A. ("Citibank") from refusing to disburse funds to PFC and its Subrecipients immediately upon PFC's or its Subrecipient's transfer instruction, except as expressly authorized by the terms of the Account Control Agreements, and (2) enjoins the Environmental Protection Agency ("EPA"), EPA Administrator Zeldin, and Acting Deputy Administrator McIntosh (collectively, the "EPA Defendants") from taking any action to implement the unlawful termination of PFC's grant award purportedly noticed on March 11, 2025, and (3) enjoins the EPA Defendants from otherwise unlawfully suspending or terminating PFC's grant award, except as permitted by the Account Control Agreement, the Award Agreement, and applicable law.[1]

As set forth in the accompanying Memorandum of Law, PFC has a strong likelihood of succeeding on its claims against Citibank and the EPA Defendants. As detailed in the accompanying declarations, the Defendants' conduct is now causing and will continue to cause irreparable injury to PFC and certain of its award subrecipients, as well as to other stakeholders. This injury outweighs any interest claimed by the Defendants. Requiring Citibank and the EPA defendants to comply with the statutes and regulations governing federal grant awards and, in particular, PFC's award under the National Clean Investment Fund, is squarely in the public interest. So, too, is requiring Citibank to adhere to the terms of the Account Control Agreements.

WHEREFORE, Plaintiff PFC respectfully requests that the Court enter a temporary restraining order in the proposed form attached hereto as **Exhibit A**.

---

[1] Unless otherwise noted, capitalized terms used herein shall have the same meaning as ascribed to those terms in the Complaint filed contemporaneously herewith.

Pursuant to Local Civil Rule 65.1(a), contemporaneously with filing this Motion, Counsel for PFC emailed counsel for Defendants[2] to provide notice and a copy of this Motion and accompanying Memorandum of Law, at the following email addresses:

**K. Winn Allen,** Counsel for Citibank
Winn.Allen@kirkland.com

**Saunders McElroy**, Counsel for Citibank
Saunders.Mcelroy@kirkland.com

**Kevin VanLandingham**, DOJ, Counsel for EPA
Kevin.P.Vanlandingham@usdoj.gov

**Marcus Sacks**, DOJ, Counsel for EPA
Marcus.S.Sacks@usdoj.gov

Dated:  March 14, 2025

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Beth C. Neitzel* |
| Noah C. Shaw (*pro hac vice* forthcoming) | Beth C. Neitzel (103611) |
| James M. Gross (*pro hac vice* forthcoming) | Jack C. Smith (1725229) |
| FOLEY HOAG LLP | Kevin Y. Chen (*pro hac vice* forthcoming) |
| 1301 Ave. of the Americas | FOLEY HOAG LLP |
| 25th Floor | 155 Seaport Boulevard |
| New York, NY 10019 | Boston, MA 02210 |
| Tel. (212) 812-0400 | Tel. (617) 832-1000 |
| ncshaw@foleyhoag.com | bneitzel@foleyhoag.com |
| jgross@foleyhoag.com | jcsmith@foleyhoag.com |
|  | kchen@foleyhoag.com |
|  | *Counsel for Power Forward Communities, Inc.* |

---

[2] The counsel noted above have entered appearances for the corresponding defendants in the related cases noted in PFC's Notice of Related Cases.

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POWER FORWARD COMMUNITIES, INC.,** on behalf of itself and certain of its award subrecipients,<br>11000 Broken Land Pkwy, Columbia, Maryland 21044,<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.,**<br>5800 South Corporate Place<br>Sioux Falls, South Dakota 57108,<br><br>and<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>and<br><br>**WILLIAM CHARLES McINTOSH, in his official capacity as ACTING DEPUTY ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>Defendants. | Civil Action No. 1:25-cv-762 |

**[PROPOSED] ORDER ON PFC'S MOTION FOR
TEMPORARY RESTRAINING ORDER**

This matter is before the Court on the motion of Plaintiff Power Forward Communities, Inc. ("PFC") for a temporary restraining order against Defendants Citibank, N.A.'s ("Citibank"), the United States Environmental Protection Agency ("EPA"), Lee Zeldin, in his official capacity as Administrator of EPA, and William Charles (W.C.) McIntosh, in his official capacity as Acting Deputy Administrator of EPA (together with EPA and Mr. Zeldin, "EPA Defendants"). Having considered the motion, the memorandum in support, and the record in this case, and having otherwise been fully advised, the Court finds there is good cause to **GRANT** the motion and hereby **ORDERS** as follows:

The Court may issue a temporary restraining order when a plaintiff establishes that "he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). The Court finds that Plaintiff has carried its burden to satisfy each of those factors and that immediate relief is appropriate.

Therefore, it is hereby **ORDERED** that PFC's Motion for a Temporary Restraining Order is **GRANTED**. It is further

**ORDERED** that Citibank, and its officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are **RESTRAINED** from refusing to disburse funds to PFC and its Subrecipients immediately upon PFC's or its Subrecipient's transfer instruction, except as expressly authorized by the Account Control Agreement ("ACA") and Subrecipient ACAs; it is further

**ORDERED** that Citibank, and its officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them are

2

**COMPELLED** to comply with the ongoing obligation to disburse funds to PFC and its Subrecipients immediately upon receiving PFC's or its Subrecipient's transfer instruction, including all funds PFC and its Subrecipients have requested since February 14, 2025, except as expressly authorized by the ACA and Subrecipient ACAs; it is further

**ORDERED** that EPA Defendants, and EPA's officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with EPA Defendants, are **RESTRAINED** from impeding Citibank from complying with its contractual obligations, or otherwise causing Citibank to deny, obstruct, delay, or otherwise prevent PFC or its Subrecipients from accessing award funds as provided for under the terms of the ACA and the Award Agreement; it is further

**ORDERED** that EPA Defendants, and EPA's officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with EPA Defendants, are **RESTRAINED** from enforcing or otherwise implementing the Notice of Termination issued by Defendant McIntosh on behalf of EPA on March 11, 2025; it is further

**ORDERED** that EPA Defendants, and EPA's officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with EPA Defendants, are **RESTRAINED** from otherwise unlawfully suspending or terminating PFC's grant award except as permitted by the terms of the ACA, the Award Agreement, and applicable law; it is further

**ORDERED** that Defendants' counsel shall provide written notice of this Order to all officers, agents, successors, servants, employees, and attorneys of Defendants, and any other persons who are in active concert or participation with them, by [DATE AND TIME], and shall file a copy of the notice on the docket at the same time; it is further

**ORDERED** that Defendants shall file a status report on or before [DATE AND TIME], apprising the Court of the status of its compliance with this Order; it is further

**ORDERED** that the security requirement is hereby waived because Citibank and EPA Defendants will not suffer any harm from the temporary restraining order and imposing a security requirement would pose a hardship for PFC.  *See* Fed. R. Civ. P. 65(c); *Fed. Prescription Serv., Inc. v. Am. Pharm. Ass'n*, 636 F.2d 755, 759, 205 U.S. App. D.C. 47 (D.C. Cir. 1980) (noting that "the district court has power not only to set the amount of security but to dispense with any security requirement whatsoever where the restraint will do the defendant no material damage" and "where there has been no proof of likelihood of harm" to the enjoined party (internal citations and quotation marks omitted)).

Dated this \_\_\_\_ day of _____, 2025          BY THE COURT:

_____